UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENAN ZAKARIA,

       Plaintiff,                            Case No. 15-cv-14337
                                              Hon. Matthew F. Leitman

v.

MNP CORPORATION,

       Defendant.

_____/

## ORDER FOR PARTIES TO ATTEND CONTINUATION OF MOTION HEARING BY TELEPHONE

On March 1, 2017, the Court held a hearing on Defendant's Motion for Summary Judgment (ECF #12). After further review of the evidence attached to Defendant's Motion for Summary Judgment and Reply Brief, the Court has additional questions for both parties regarding Exhibit B of Defendants' Reply Brief (the "Selection Document," as indicated in the upper right-hand corner of the exhibit). (*See* ECF #16-3.) Therefore, counsel for both parties are **HEREBY ORDERED** to attend a telephonic continuation of the motion hearing on **March 29, 2017 at 10:00 a.m.**

At the telephonic hearing, counsel shall by prepared to answer questions regarding the Selection Document. The drop down menu on the face of the Selection Document contains the notation "All Inactive and Terminated." The

parties shall be prepared to identify evidence in the record bearing on (1) whether the only employees listed on the Selection Document were "Inactive and Terminated" employees rather than active employees; (2) whether the Selection Document, as attached to Defendant's Reply Brief, is indeed the document that Anne Ventimiglio-Esser used to determine which employees had the highest attendance points; (3) the date on which the Selection Document was created; and (4) the date on which the Selection Document was reviewed by Ventimiglio-Esser.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  March 14, 2017          UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 14, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113